Jacob Siegmund, Respondent, v. Besharah Hamati and Others, Appellants.— Motion dismissed, with costs, on the ground that timely notice was not given. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

Alfred E. Smith, Respondent, v. Benjamin E. Smith, as Street Commissioner, etc., Appellant.— Motion for leave to appeal to the Court of Appeals granted, and questions certified as proposed by the respondent. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

Jennie Vernell, as Administratrix, etc., Respondent, v. Central New England Railway Company, Appellant.— Motion denied, with costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

Charles M. Wells, Respondent, v. William J. Howard and Another, Appellants.— Motion to resettle order granted, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

John R. Wood, Plaintiff, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Defendant.— Motion for permanent injunction denied, with costs, and temporary injunction vacated. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

Sidney Gruenwald, Plaintiff, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Defendant.— Motion for permanent injunction denied, with costs, and temporary injunction vacated. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

Isaac Hollander, Plaintiff, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Defendant.— Motion for permanent injunction denied, with costs, and temporary injunction vacated. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

Edward Parker, Plaintiff, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Defendant.— Motion for permanent injunction denied, with costs, and temporary injunction vacated. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

American Ice Company, Appellant, v. Annie Rosen and Harry Brown, Respondents.—While we think that the evidence was sufficient to establish the liability of H. Brown personally, we will not disturb the dismissal of the complaint in this action brought to establish his liability as a copartner. The judgment of the Municipal Court is, therefore, affirmed, with costs. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

American Society for the Prevention of Cruelty to Animals, Respondent, v. Robert Gibson, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Charles Anderson, Respondent, v. Charles Smith and Dominick Smith, Composing the Firm of Smith Brothers, Appellants.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ.

Emma A. Block, Respondent, v. John W. Browne, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ.